UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                          Case No. 2:14-mj-30302
                               Hon.

RAMASAMI GUNABALAN, M.D.
a/k/a RAM GUNABALAN, M.D.

       Defendant.

| | |
|---|---|
| Philip A. Ross | Christopher A. Andreoff (P10193) |
| U.S. Attorney | Jaffe, Raitt, Heuer & Weiss, PC |
| Attorney for Plaintiff | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | 27777 Franklin Road, Suite 2500 |
| Detroit, Michigan 48226 | Southfield, Michigan 48034 |
| (313) 226-9790 | (248) 351-3000 |
| philip.ross@usdoj.gov | candreoff@jaffelaw.com |

## **APPEARANCE**

     Please enter the appearance of Christopher A. Andreoff of Jaffe Raitt Heuer

& Weiss, P.C. on behalf of Defendant Ramasami Gunaabalan, M.D. a/k/a Ram

Gunabalan, M.D. in the above cause of action.

                            Respectfully submitted,

                            JAFFE, RAITT, HEUER & WEISS, P.C.

             By:   /s/ Christopher A. Andreoff
                    Attorney for Defendant
                    27777 Franklin Road, Suite 2500
                    Southfield, Michigan 48034
                    (248) 351-3000
                    candreoff@jaffelaw.com

Dated:  June 27, 2014          (P10193)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 27, 2014 I electronically filed the foregoing

Appearance with the Clerk of the Court using the ECF system which will send

notification of such filing to all counsel of record.

/s/ Christopher A. Andreoff
Jaffe, Raitt, Heuer & Weiss P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
candreoff@jaffelaw.com
P10193

2

2816704.1