# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff

CASE NO. 14-MJ-30302

v.

RAMASAMI GUNABALAN M.D
A/K/A PAM GUNABALAN M.D

Defendant

F I L E D

JUN 27 2014

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## APPEARANCE OF COUNSEL

TO THE CLERK OF COURT:

Please enter my appearance as attorney on behalf of defendant _____

RAMASAMI GUNABALAN M.D A/K/A PAM GUNABALAN M.D. in the above-entitled case.

_____
Signature

CHRISTOPHER A. ANDREOFF P10493
Printed name and P number

Suite 2500, 27777 Franklin
Address

SOUTHFIELD , MICH        48034
City        / State        Zip Code

248    351-3000
Telephone number

CANDREOFF @ JAFFELAW.COM
E-mail address

**PLEASE CHECK THE APPROPRIATE BOX** ☒ Retained ☐ CJA Appointment

Date: 6/27/14

(Rev. 3/2012)